

# Fourth Court of Appeals
## San Antonio, Texas

December 23, 2019

No. 04-19-00435-CV

Jerold **GIVENS** and Dinah Givens, Individually and as Representatives of the Estate of James Douglas Givens, Deceased, Beverly Brown, Johnny Scott Brown, Andrew Brown, Individually and as Representatives of the Estate of Johnnie Lee Brown, Shannon Brown, and Wesley Brown, Appellants

v.

**SALATIEL POLANCO** d/b/a D&C Trucking, Highway Barricades and Services, LLC, Anderson Columbia Co., Inc., Flasher Equipment Co., and D.I.J. Construction, Inc., Appellees

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 15-03-31056-MCV
Honorable Cynthia L. Muniz, Judge Presiding

# O R D E R

On December 20, 2019, appellants filed a Motion for Leave to Amend Appellants' Brief on the Merits. Appellants' motion is GRANTED.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of December, 2019.

_____
Michael A. Cruz,
Clerk of Court